IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Ronald Brunson, | ) | C/A No.: 3:11-cv-2758-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Steve Patterson, Intercity Broadcasting Manager, and | ) ) | |
| Chief David Thomas, Federal Bureau of Investigation, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

The *pro se* plaintiff, Ronald Brunson, brings this civil action against the named defendants. In his Complaint, Plaintiff alleges that Defendant Patterson had "internal devices" placed in Plaintiff's head and stomach and that Defendant Patterson has been spying on the plaintiff through the devices. Plaintiff further alleges that Defendant Thomas violated the plaintiff's constitutional rights by failing to issue a "victim's warrant" to prosecute Defendant Patterson for the alleged placement of listening devices in Plaintiff's body. Plaintiff filed this action *in forma pauperis* under 28 U.S.C. § 1915.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that the plaintiff's complaint should be summarily

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the

dismissed without service of process pursuant to 28 U.S.C. § 1915.  The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on November 28, 2011.  However, the plaintiff failed to file objections.  In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation.  *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law.  The Report is incorporated herein by reference.

Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

December 19, 2011                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge

---

recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions.  *See* 28 U.S.C. § 636(b)(1).